## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JHONATAN HERNANDEZ-PEREZ,** | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. 25-1081-PRW |
| v. | ) |
| | ) |
| **US IMMIGRATION AND CUSTOM ENFORCEMENT,** | ) |
| | ) |
| Respondent. | ) |

October 15, 2025
Amended Enter Order

In accordance with 28 U.S.C. §636, this matter is hereby referred to Magistrate Judge Suzanne Mitchell for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

Notwithstanding Temporary General Order 25-8, the Court DIRECTS the United States to submit any filings as may have been or may be ordered by the Magistrate Judge.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE PATRICK R. WYRICK.

JOAN KANE, CLERK

By: *Emily Wilkinson*

Deputy Court Clerk