# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JHONATAN HERNANDEZ-PEREZ, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-25-1081-PRW<br>) |
| US IMMIGRATION AND CUSTOMS ENFORCEMENT, | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, I recuse as the judge to whom this case is assigned. The Clerk of the Court is directed to return this case to the regular procedure for random selection so that a successor judge may be determined.

**IT IS SO ORDERED** this 16th day of October 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE